IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| BENJAMIN COLE, | § | |
| | § | No. 267, 2025 |
| Respondent Below, | § | |
| Appellant, | § | Court Below—Family Court of |
| | § | the State of Delaware |
| v. | § | |
| | § | File No. CN21-04707 |
| TAYLOR JENKINS, | § | Petition No. 24-11047 |
| | § | |
| Petitioner Below, | § | |
| Appellee. | § | |

Submitted: January 9, 2026
Decided: March 11, 2026

Before **TRAYNOR**, **LEGROW**, and **GRIFFITHS**, Justices.

## ORDER

After consideration of the parties' briefs and the record on appeal, the Court concludes that the judgment below should be affirmed on the basis of and for the reasons stated in the Family Court's order, dated May 8, 2025, resolving ancillary matters.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Family Court is affirmed.

BY THE COURT:

*/s/ Abigail M. LeGrow*
Justice